[Nos. 43114-5-I; 43115-3-I.  Division One.  November 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SIMON STARR, JR., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JESSE LEE STARR, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 97-1-09514-6, 97-1-09515-4, Jeanette R. Burrage, J., entered August 3, 1998. *Affirmed* by unpublished

opinion per Kennedy, C.J., concurred in by Agid and Cox, JJ.